UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 18-CV-24570-DPG

STEPHEN BELOFF,

        Plaintiffs,

vs.

CELEBRITY CRUISES INC.

        Defendants.
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties, having amicably settled this matter, hereby stipulate that the same shall be dismissed, with prejudice, each party to bear their own attorneys' fees and costs.

| | |
|---|---|
| Vijay G. Brijbasi, Esq.<br>vbrijbasi@dickinsonwright.com<br>Seth B. Waxman, Esq.<br>swaxman@dickinsonwright.com<br>Dickinson Wright PLLC<br>350 E Las Olas Blvd.<br>Suite 1750<br>Ft. Lauderdale, Florida 33301<br>Tel: (954) 991-5420<br>Fax: (844) 670-6009<br><br>*Attorney for Plaintiff*<br><br>By: *s/Vijay G. Brijbasi*<br>    Vijay G. Brijbasi, Esq.<br>    Florida Bar No. 15037<br><br>By: *s/Seth B. Waxman*<br>    Seth B. Waxman, Esq. | Randy S. Ginsberg, Esq.<br>rginsberg@rccl.com<br>CELEBRITY CRUISES INC.<br>1080 Caribbean Way<br>Miami, Florida  33132<br>Tel.    (305) 539-6327<br>Alt Tel: (305) 539-4457<br>Fax    (305) 539-6561<br><br>*Attorney for Defendant*<br><br>By: *s/Randy S. Ginsberg*<br>    Randy Ginsberg, Esq.<br>    Florida Bar No. 185485 |